No. 71–6319.   PAYNE ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6328.   MILLS ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–6330.   COGNATO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–6334.   POWELL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–6344.   QUATTRUCCI *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 71–6354.   LAWTON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6359.   MARNIN *v.* ZAMPELLA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 71–6361.   JONES ET AL. *v.* BIRD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 71–6369.   BARNES *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 71–6371.   DEWINDT *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 71–6373.   MAYBURY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–6382.   BOAG *v.* CRAVEN, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 71–6383.   DOLLAR *v.* CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.